YU | MOHANDESI LLP

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Kristel A. Robinson** (SBN 212129)
213.374.1272 | krobinson@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV FUNDING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC, and CREDIT CONTROL, LLC,<br><br>　　　　　　Defendants. | Case No.: 1:24-cv-01228-CDB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Action Filed: October 10, 2024<br>Judge:　　　Hon. Christopher D. Baker<br>Trial Date:　Not Yet Set |

Plaintiff TINA MARTINEZ ("Plaintiff") and Defendant LVNV FUNDING, LLC ("Defendant"), through their counsel of record, hereby stipulate and agree to extend Defendant's time to answer or otherwise plead in response to Plaintiff's Complaint as follows:

1. Plaintiff filed the Complaint against Defendant on October 10, 2024;

2. Plaintiff served the Complaint on Defendant on October 11, 2024;

3. Defendant's initial deadline to answer or otherwise plead in response to Plaintiff's Complaint is November 1, 2024;

4. The Parties stipulate to extend the time for Defendant to file a response to the Complaint by fourteen (14) days through and including November 15, 2024;

5. Per Local Rule 144 (Fed. R. Civ. P. 6), this stipulation does not require a proposed order because the extension of time to respond to the Complaint is not greater than twenty-eight (28) days from the initial response deadline.

WHEREFORE, the Parties agree that Defendant's time within which to answer or otherwise plead in response to Plaintiff's Complaint shall be extend through and including November 15, 2024.

**IT IS SO STIPULATED.**

DATED: October 31, 2024

                                                  YU | MOHANDESI LLP

                                      By:    */s/ B. Ben Mohandesi*
                                                    B. Ben Mohandesi
                                                    Kristel A. Robinson
                                                    Attorneys for Defendant
                                                    LVNV Funding, LLC

*YU | MOHANDESI LLP*
*633 W. Fifth Street, Suite 2800*
*Los Angeles, CA 90071*

DATED: October 31, 2024

        By:   <u>/s/ *Ely Grinvald*</u> *(as authorized on 10/31/2024)*
              Ely Grinvald
              Attorney for Plaintiff
              Tina Martinez

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I certify that on October 31, 2024, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: October 31, 2024           By /s/ B. Ben Mohandesi
                                     B. Ben Mohandesi

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

— 1 —
CERTIFICATE OF SERVICE