YU | MOHANDESI LLP

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Kristel A. Robinson** (SBN 212129)
213.374.1272 | krobinson@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV FUNDING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC, and CREDIT CONTROL, LLC,<br><br>　　　　　　Defendants. | Case No.: 1:24-cv-01228-CDB<br><br>**LVNV FUNDING, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>Action Filed: October 10, 2024<br>Judge:　　　Hon. Christopher D. Baker<br>Trial Date:　 Not Yet Set |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant LVNV Funding, LLC ("LVNV"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These disclosures are made to enable the Court to evaluate possible disqualification or recusal.

LVNV is a privately held company.

No publicly held corporation owns 10% or more of Defendant's stock.

Should the identity of any other interested party become known, or if any of the information contained herein changes, Defendant will notify the Court and all parties by filing a supplemental notice.

DATED: October 31, 2024

                    YU | MOHANDESI LLP

                By:   */s/ B. Ben Mohandesi*
                       B. Ben Mohandesi
                       Kristel A. Robinson
                       Attorneys for Defendant
                       LVNV Funding, LLC

# CERTIFICATE OF SERVICE

I certify that on October 31, 2024, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: October 31, 2024    By */s/ B. Ben Mohandesi*
B. Ben Mohandesi