1

**YU | MOHANDESI LLP**

2

**B. Ben Mohandesi (SBN 214921)**

3

213.377.5505 | bmohandesi@yumollp.com
**Kristel A. Robinson (SBN 212129)**

4

213.328.7527 | krobinson@yumollp.com

5

633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

6

213.377.5501 Facsimile

7

Attorneys for Defendant
LVNV FUNDING, LLC

8

9

10

**UNITED STATES DISTRICT COURT**

11

**EASTERN DISTRICT OF CALIFORNIA**

12

13

TINA MARTINEZ,                                  Case No.:  1:24-cv-01228-CDB

14

        Plaintiff,                          **DEFENDANT LVNV FUNDING,**
**LLC'S ANSWER TO COMPLAINT**

15

vs.

16

LVNV FUNDING, LLC, and
CREDIT CONTROL, LLC,

17

18

        Defendants.

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6

Defendant LVNV Funding, LLC ("Defendant"), for itself and no other party, by and through its undersigned counsel, hereby states its answer and affirmative defenses to the Complaint for Damages ("Complaint") of Plaintiff Tina Martinez ("Plaintiff") as set forth below.  For those allegations that do not pertain to Defendant, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

7

### **INTRODUCTION**[1]

8
9
10
11
12
13
14

1.      Answering Paragraph 1, Defendant admits only that Plaintiff's Complaint attempts to allege violations of the Fair Debt Collection Practices Act ("FDCPA"), the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), and the California Fair Debt Buying Practices Act ("CAFDBPA").  Defendant denies any express or implied allegation of wrongdoing and specifically denies violating the FDCPA, RFDCPA, or FDBPA, and specifically denies any allegation that Defendant caused Plaintiff to suffer damages.

15
16
17
18

2.      Answering Paragraph 2, the allegations include legal conclusions and purport to recite legislative history, and no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law and/or legislative history.

19
20
21
22

3.      Answering Paragraph 3, the allegations include legal conclusions and purport to recite legislative history, and no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law and/or legislative history.

23
24
25

4.      Answering Paragraph 4, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

26
27
28

---

[1] The Complaint's headings are repeated herein for organizational purposes only, but should be considered denied.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

5.      Answering Paragraph 5, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

6.      Answering Paragraph 6, the allegations include legal conclusions and purport to recite legislative history, and no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law and/or legislative history.

7.      Answering Paragraph 7, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

## JURISDICTION AND VENUE

8.      Answering Paragraph 8, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

9.      Answering Paragraph 9, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

10.      Answering Paragraph 10, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

## PARTIES

11.      Answering Paragraph 11, Defendant admits only that Plaintiff is a natural person.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

12.      Answering Paragraph 12, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

13.     Answering Paragraph 13, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

14.     Answering Paragraph 14, Defendant admits only that it is a Delaware limited liability company.  Defendant denies the remaining allegations.

15.     Answering Paragraph 15, Defendant admits only that it is registered with the California Secretary of State.

16.     Answering Paragraph 16, Defendant denies the allegations.

17.     Answering Paragraph 17, Defendant denies the allegations.

18.     Answering Paragraph 18, Defendant denies the allegations.

19.     Answering Paragraph 19, Defendant denies the allegations.

20.     Answering Paragraph 20, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

21.     Answering Paragraph 21, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

22.     Answering Paragraph 22, the allegations do not pertain to Defendant, and thus, no response is required.

23.     Answering Paragraph 23, the allegations do not pertain to Defendant, and thus, no response is required.

24.     Answering Paragraph 24, the allegations do not pertain to Defendant, and thus, no response is required.

25.     Answering Paragraph 25, the allegations do not pertain to Defendant, and thus, no response is required.

26.     Answering Paragraph 26, the allegations do not pertain to Defendant, and thus, no response is required.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

27.     Answering Paragraph 27, the allegations do not pertain to Defendant, and thus, no response is required.

28.     Answering Paragraph 28, the allegations do not pertain to Defendant, and thus, no response is required.

29.     Answering Paragraph 29, the allegations do not pertain to Defendant, and thus, no response is required.

## **FACTUAL ALLEGATIONS**

30.     Answering Paragraph 30, Defendant denies the allegations.

31.     Answering Paragraph 31, Defendant denies the allegations.

32.     Answering Paragraph 32, Defendant admits only that Mr. Faliero is an executive of Resurgent Capital Services LP ("Resurgent").

33.     Answering Paragraph 33, Defendant admits the allegations.

34.     Answering Paragraph 34, Defendant admits the allegations.

35.     Answering Paragraph 35, Defendant admits only that Resurgent is its master servicer and holds a power of attorney.

36.     Answering Paragraph 36, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

37.     Answering Paragraph 37, Defendant denies the allegations.

38.     Answering Paragraph 38, Defendant denies the allegations.

39.     Answering Paragraph 39, Defendant denies the allegations.

40.     Answering Paragraph 40, Defendant denies the allegations.

41.     Answering Paragraph 41, Defendant denies the allegations.

42.     Answering Paragraph 42, Defendant denies the allegations.

43.     Answering Paragraph 43, Defendant denies the allegations.

44.     Answering Paragraph 44, Defendant admits only that chain of title documentation is, at times, used to establish its ownership of a subject account upon

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

which a balance is owed.  Defendant denies the remaining allegations of Paragraph 44.

45.     Answering Paragraph 45, Defendant denies the allegations.

46.     Answering Paragraph 46, Defendant denies the allegations.

47.     Answering Paragraph 47, Defendant admits the allegations.

48.     Answering Paragraph 48, the allegations do not pertain to Defendant, and thus, no response is required.

49.     Answering Paragraph 49, the allegations do not pertain to Defendant, and thus, no response is required.  Defendant further states that the referenced letters speak for themselves.

50.     Answering Paragraph 50, Defendant states that the referenced letters speak for themselves.  Defendant further states that it is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

51.     Answering Paragraph 51, Defendant denies the allegations.

52.     Answering Paragraph 52, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

53.     Answering Paragraph 53, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them

54.     Answering Paragraph 54, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them

55.     Answering Paragraph 55, Defendant denies the allegations.

56.     Answering Paragraph 56, Defendant denies the allegations.

57.     Answering Paragraph 57, Defendant denies the allegations.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

58.   Answering Paragraph 58, the allegations do not pertain to Defendant, and thus, no response is required.

59.   Answering Paragraph 59, the allegations do not pertain to Defendant, and thus, no response is required.

60.   Answering Paragraph 60, the allegations do not pertain to Defendant, and thus, no response is required.

61.   Answering Paragraph 61, the allegations do not pertain to Defendant, and thus, no response is required.

62.   Answering Paragraph 62, Defendant admits that it is the current creditor of Plaintiff's subject debt.  Defendant denies the remaining allegations of Paragraph 62.

63.   Answering Paragraph 63, the allegations do not pertain to Defendant, and thus, no response is required.

64.   Answering Paragraph 64, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

65.   Answering Paragraph 65, Defendant admits only that its master servicer, Resurgent, managed the collection of the debt on Defendant's behalf.

66.   Answering Paragraph 66, Defendant denies the allegations.

67.   Answering Paragraph 67, the allegations do not pertain to Defendant and thus no response is required.  Defendant denies any express or implied allegation of wrongdoing.

68.   Answering Paragraph 68, the allegations do not pertain to Defendant and thus no response is required.

69.   Answering Paragraph 69, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.  Defendant further denies any express or implied allegation of wrongdoing.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

70.     Answering Paragraph 70, Defendant admits the allegations and further states that it did not send the July Letter at all.  Defendant denies any express or implied allegation of wrongdoing.  The remaining allegations do not pertain to Defendant, and thus, no response is required.

71.     Answering Paragraph 71, Defendant admits the allegations and further states that it did not send any letters at all.  Defendant denies any express or implied allegation of wrongdoing.  The remaining allegations do not pertain to Defendant, and thus, no response is required.

72.     Answering Paragraph 72, Defendant admits the allegations and further states that it did not attempt to communicate with Plaintiff concerning her debt. Defendant denies any express or implied allegation of wrongdoing.  The remaining allegations do not pertain to Defendant, and thus, no response is required.

73.     Answering Paragraph 73, Defendant denies the allegations as they pertain to Defendant.

74.     Answering Paragraph 74, Defendant denies the allegations as they pertain to Defendant.

75.     Answering Paragraph 75, Defendant denies the allegations as they pertain to Defendant.

76.     Answering Paragraph 76, Defendant denies the allegations as they pertain to Defendant.

77.     Answering Paragraph 77, Defendant denies the allegations as they pertain to Defendant.

78.     Answering Paragraph 78, Defendant denies that unproven allegations in unrelated lawsuits support Plaintiff's allegations.  Defendant further states that the records of the listed litigations speak for themselves.

79.     Answering Paragraph 79, Defendant admits that it received a letter dated August 27, 2024 from Plaintiff's counsel, but denies that the letter "again" notified Defendant of Plaintiff's representation.  Defendant further states that the referenced

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

letter speaks for itself. Defendant denies any remaining allegations of Paragraph 79.

80.     Answering Paragraph 80, the allegations do not pertain to Defendant, and thus, no response is required.

81.     Answering Paragraph 81, the allegations do not pertain to Defendant, and thus, no response is required. Defendant further states that the referenced letter speaks for itself.

82.     Answering Paragraph 82, Defendant states that it owns the account at issue, and denies the allegations on this basis.

83.     Answering Paragraph 83, Defendant states that it owns the account at issue, and denies the allegations on this basis.

84.     Answering Paragraph 84, the allegations do not pertain to Defendant, and thus, no response is required.

85.     Answering Paragraph 85, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

86.     Answering Paragraph 86, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

87.     Answering Paragraph 87, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

88.     Answering Paragraph 88, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

89.     Answering Paragraph 89, Defendant denies the allegations.

90.     Answering Paragraph 90, Defendant denies the allegations.

91.     Answering Paragraph 91, Defendant states that the referenced letter speaks for itself.

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1    92.    Answering Paragraph 92, Defendant states that the referenced letter

2    speaks for itself.

3    93.    Answering Paragraph 93, Defendant states that the referenced letter

4    speaks for itself.

5    94.    Answering Paragraph 94, Defendant states that the referenced letter

6    speaks for itself.

7    95.    Answering Paragraph 95, Defendant states that the referenced letter

8    speaks for itself.

9    96.    Answering Paragraph 96, the allegations do not pertain to Defendant, and

10   thus, no response is required.  Defendant further states that the referenced letter speaks

11   for itself.

12   97.    Answering Paragraph 97, the allegations do not pertain to Defendant, and

13   thus, no response is required.

14   98.    Answering Paragraph 98, the allegations do not pertain to Defendant, and

15   thus, no response is required.  Defendant further states that the referenced letter speaks

16   for itself.

17   99.    Answering Paragraph 99, Defendant states that the referenced letter

18   speaks for itself.

19   100.   Answering Paragraph 100, Defendant states that the referenced letter

20   speaks for itself.

21   101.   Answering Paragraph 101, the allegations do not pertain to Defendant

22   and no response is required.

23   102.   Answering Paragraph 102, the allegations consist of legal conclusions to

24   which no response is required.  To the extent a response is required, Defendant denies

25   the allegations to the extent they misstate the law.  Defendant further states that the

26   referenced letter speaks for itself.

27   103.   Answering Paragraph 103, Defendant states that the referenced letter

28   speaks for itself.

YUI MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

104.    Answering Paragraph 104, the allegations do not pertain to Defendant, and thus, no response is required.  Defendant further states that the referenced letter speaks for itself.

105.    Answering Paragraph 105, the allegations do not pertain to Defendant, and thus, no response is required.  Defendant further states that the referenced letter speaks for itself.

106.    Answering Paragraph 106, the allegations do not pertain to Defendant, and thus, no response is required.  Defendant further states that the referenced letter speaks for itself.

107.    Answering Paragraph 107, the allegations do not pertain to Defendant, and thus, no response is required.  Defendant further states that the referenced letter speaks for itself.

108.    Answering Paragraph 108, Defendant states that the referenced letter speaks for itself.

109.    Answering Paragraph 109, Defendant states that the referenced letter speaks for itself.

110.    Answering Paragraph 110, the allegations include legal conclusions and purport to recite statutory law, and no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

111.    Answering Paragraph 111, Defendant states that the referenced document speaks for itself.

112.    Answering Paragraph 112, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.  Defendant further states that the referenced statute speaks for itself.

113.    Answering Paragraph 113, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.  Defendant further states that

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1   the referenced statute speaks for itself.

2       114.   Answering Paragraph 114, the allegations consist of legal conclusions to

3   which no response is required.  To the extent a response is required, Defendant denies

4   the allegations to the extent that they misstate the law.  Defendant further states that

5   the referenced statute speaks for itself.

6       115.   Answering Paragraph 115, the allegations consist of legal conclusions to

7   which no response is required.  To the extent a response is required, Defendant denies

8   the allegations to the extent that they misstate the law.  Defendant further states that

9   the referenced letter speaks for itself.

10      116.   Answering Paragraph 116, the allegations consist of legal conclusions to

11  which no response is required.  To the extent a response is required, Defendant denies

12  the allegations to the extent that they misstate the law.  Defendant further states that

13  the referenced letter speaks for itself.

14      117.   Answering Paragraph 117, Defendant states that the referenced letter

15  speaks for itself.

16      118.   Answering Paragraph 118, Defendant states that the referenced letter

17  speaks for itself.

18      119.   Answering Paragraph 119, Defendant states that the referenced letter

19  speaks for itself.

20      120.   Answering Paragraph 120, Defendant states that the referenced letter

21  speaks for itself.

22      121.   Answering Paragraph 121, Defendant states that the referenced letter

23  speaks for itself.

24      122.   Answering Paragraph 122, the allegations consist of legal conclusions to

25  which no response is required.  To the extent a response is required, Defendant denies

26  the allegations to the extent they misstate the law.

27      123.   Answering Paragraph 123, the allegations consist of legal conclusions to

28  which no response is required.  To the extent a response is required, Defendant denies

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

YUI MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

the allegations to the extent they misstate the law.  the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

124.   Answering Paragraph 124, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.  Defendant further states that the referenced statute speaks for itself.

125.   Answering Paragraph 125, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.  Defendant further states that the referenced statute speaks for itself.

126.   Answering Paragraph 126, Defendant denies the allegations.

127.   Answering Paragraph 127, Defendant denies the allegations.

128.   Answering Paragraph 128, Defendant denies the allegations.

129.   Answering Paragraph 129, Defendant denies the allegations.

130.   Answering Paragraph 130, Defendant denies the allegations.

131.   Answering Paragraph 131, the allegations do not pertain to Defendant, and thus, no response is required.

132.   Answering Paragraph 132, Defendant states that the referenced letter speaks for itself.

133.   Answering Paragraph 133, the allegations do not pertain to Defendant, and thus, no response is required.

134.   Answering Paragraph 134, the allegations do not pertain to Defendant, and thus, no response is required. To the extent a response is required, Defendant denies the allegations.

135.   Answering Paragraph 135, the allegations do not pertain to Defendant, and thus, no response is required.

YU I MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

136. Answering Paragraph 136, the allegations do not pertain to Defendant, and thus, no response is required.

137. Answering Paragraph 137, the allegations do not pertain to Defendant, and thus, no response is required.

138. Answering Paragraph 138, Defendant denies the allegations.

139. Answering Paragraph 139, Defendant denies the allegations. Defendant further states that it is answering the Complaint solely on its own behalf, and not on behalf of any "owners, officers, agents, and/or employees."

140. Answering Paragraph 140, Defendant denies the allegations as they pertain to Defendant.

141. Answering Paragraph 141, Defendant denies the allegations.

142. Answering Paragraph 142, Defendant denies the allegations.

143. Answering Paragraph 143, Defendant denies the allegations.

144. Answering Paragraph 144, Defendant denies the allegations.

145. Answering Paragraph 145, Defendant denies the allegations as they pertain to Defendant, and denies any express or implied allegation of wrongdoing.

146. Answering Paragraph 146, Defendant denies the allegations, and denies any express or implied allegation of wrongdoing.

## **FIRST COUNT**

## **Violation of 15 U.S.C. §§ 1692c(b) and 1692f**

147. Answering Paragraph 147, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein .

148. Answering Paragraph 148, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

149. Answering Paragraph 149, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

150.   Answering Paragraph 150, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

151.   Answering Paragraph 151, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.

152.   Answering Paragraph 152, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.

153.   Answering Paragraph 153, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.  Defendant further states that the referenced statute speaks for itself.

154.   Answering Paragraph 154, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.  Defendant further states that the referenced statute speaks for itself.

155.   Answering Paragraph 155, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.

156.   Answering Paragraph 156, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.

157.   Answering Paragraph 157, Defendant denies the allegations.

158.   Answering Paragraph 158, Defendant denies the allegations.

159.   Answering Paragraph 159, Defendant denies the allegations.

160.   Answering Paragraph 160, Defendant denies the allegations.

161.   Answering Paragraph 161, Defendant denies the allegations.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

162.   Answering Paragraph 162, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

163.   Answering Paragraph 163, Defendant denies the allegations.

164.   Answering Paragraph 164, Defendant denies the allegations.

165.   Answering Paragraph 165, Defendant denies the allegations.

166.   Answering Paragraph 166, the allegations do not pertain to Defendant, and thus, no response is required.

167.   Answering Paragraph 167, the allegations do not pertain to Defendant, and thus, no response is required.

168.   Answering Paragraph 168, the allegations do not pertain to Defendant, and thus, no response is required.

169.   Answering Paragraph 169, Defendant denies the allegations.

170.   Answering Paragraph 170, Defendant denies the allegations.

171.   Answering Paragraph 171, Defendant denies the allegations.

172.   Answering Paragraph 172, Defendant denies the allegations.

173.   Answering Paragraph 173, Defendant denies the allegations.

174.   Answering Paragraph 174, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.  Defendant further states that the referenced statute speaks for itself.

175.   Answering Paragraph 175, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.

176.   Answering Paragraph 176, Defendant denies the allegations.

177.   Answering Paragraph 177, Defendant admits only that information regarding Plaintiff's account owned by Defendant was obtained by Resurgent Capital Services LP, Defendant's master servicer.

178.   Answering Paragraph 178, Defendant denies the allegations.

179.   Answering Paragraph 179, the allegations purport to recite legislative history, and no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the legislative history.

180.   Answering Paragraph 180, the allegations purport to recite legislative history, and no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the legislative history.

181.   Answering Paragraph 181, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

182.   Answering Paragraph 182, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

183.   Answering Paragraph 183, Defendant denies the allegations.

184.   Answering Paragraph 184, Defendant denies the allegations.

185.   Answering Paragraph 185, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

186.   Answering Paragraph 186, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

187.   Answering Paragraph 187, Defendant denies the allegations.

188.   Answering Paragraph 188, Defendant denies the allegations.

189.   Answering Paragraph 189, Defendant denies the allegations.

## SECOND COUNT

## Violation of 15 U.S.C. §§ 1692g, 1692g(a)(1) and 1692g(a)(2)

190.   Answering Paragraph 190, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

191.    Answering Paragraph 191, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

192.    Answering Paragraph 192, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

193.    Answering Paragraph 193, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

194.    Answering Paragraph 194, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

195.    Answering Paragraph 195, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent that they misstate the law.

196.    Answering Paragraph 196, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

197.    Answering Paragraph 197, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

198.    Answering Paragraph 198, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

199.    Answering Paragraph 199, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies

the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

200.   Answering Paragraph 200, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

201.   Answering Paragraph 201, Defendant denies the allegations.

202.   Answering Paragraph 202, Defendant denies the allegations.

203.   Asnwering Paragraph 203, Defendant denies the allegations.

204.   Answering Paragraph 204, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

205.   Answering Paragraph 205, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

206.   Answering Paragraph 206, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

207.   Answering Paragraph 207, Defendant denies the allegations.

208.   Answering Paragraph 208, Defendant denies the allegations.

209.   Answering Paragraph 209, Defendant denies the allegations.

210.   Answering Paragraph 210, Defendant denies the allegations.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**THIRD COUNT**

**Violation of 15 U.S.C. §§ 1692d, 1692e, 1692e(2)(A), and 1692e(10)**

211.   Answering Paragraph 211, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

212.   Answering Paragraph 212, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

213.   Answering Paragraph 213, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

214.   Answering Paragraph 214, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

215.   Answering Paragraph 215, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

216.   Answering Paragraph 216, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

217.   Answering Paragraph 217, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

218.   Answering Paragraph 218, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

219.   Answering Paragraph 219, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

220.   Answering Paragraph 220, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

221.   Answering Paragraph 221, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

222.   Answering Paragraph 222, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

223.   Answering Paragraph 223, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

224.   Answering Paragraph 224, Defendant denies the allegations.

225.   Answering Paragraph 225, Defendant denies the allegations.

226.   Answering Paragraph 226, Defendant denies the allegations.

227.   Answering Paragraph 227, Defendant denies the allegations.

228.   Answering Paragraph 228, Defendant denies the allegations.

229.   Answering Paragraph 229, Defendant denies the allegations.

## FOURTH COUNT

## Violation of 15 U.S.C. §§ 1692c(a)(2) and 1692c(c)

230.   Answering Paragraph 230, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

YU I MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

231.   Answering Paragraph 231, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

232.   Answering Paragraph 232, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

233.   Answering Paragraph 233, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

234.   Answering Paragraph 234, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

235.   Answering Paragraph 235, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

236.   Answering Paragraph 236, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

237.   Answering Paragraph 237, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

238.   Answering Paragraph 238, Defendant denies the allegations.

239.   Answering Paragraph 239, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

YUJ | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

240.   Answering Paragraph 240, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

241.   Answering Paragraph 241, Defendant denies the allegations.

242.   Answering Paragraph 242, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

243.   Answering Paragraph 243, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

244.   Answering Paragraph 244, Defendant denies the allegations.

245.   Answering Paragraph 245, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

246.   Answering Paragraph 246, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

247.   Answering Paragraph 247, Defendant denies the allegations.

248.   Answering Paragraph 248, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

249.   Answering Paragraph 249, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

250.   Answering Paragraph 250, Defendant denies the allegations.

251.   Answering Paragraph 251, Defendant denies the allegations.

## FIFTH COUNT

## Violation of 15 U.S.C. §§ 1692d, 1692e, 1692e(5), 1692f, and 1692g(b)

252.   Answering Paragraph 252, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

253.   Answering Paragraph 253, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

254.   Answering Paragraph 254, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

255.   Answering Paragraph 255, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

256.   Answering Paragraph 256, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

257.   Answering Paragraph 257, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

258.   Answering Paragraph 258, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

259.   Answering Paragraph 259, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

260.   Answering Paragraph 260, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

261.   Answering Paragraph 261, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

262.   Answering Paragraph 262, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

263.   Answering Paragraph 263, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

264.   Answering Paragraph 264, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

265.   Answering Paragraph 265, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

YU I MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

266.   Answering Paragraph 266, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

267.   Answering Paragraph 267, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

268.   Answering Paragraph 268, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

269.   Answering Paragraph 269, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

270.   Answering Paragraph 270, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

271.   Answering Paragraph 271, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

272.   Answering Paragraph 272, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

1
2
3
4

273.   Answering Paragraph 273, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

5

274.   Answering Paragraph 274, Defendant denies the allegations.

6

### SIXTH COUNT

7

### Violation of 15 U.S.C. § 1692e(8)

8
9

275.   Answering Paragraph 275, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

10
11
12

276.   Answering Paragraph 276, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

13
14
15

277.   Answering Paragraph 277, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

16
17
18

278.   Answering Paragraph 278, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

19
20
21

279.   Answering Paragraph 279, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

22
23
24

280.   Answering Paragraph 280, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

25
26
27
28

281.   Answering Paragraph 281, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

282.   Answering Paragraph 282, Defendant denies the allegations.

283.   Answering Paragraph 283, Defendant denies the allegations.

284.   Answering Paragraph 284, Defendant denies the allegations.

## SEVENTH COUNT

## Violation of Cal. Civ. Code § 1788.13(k)

285.   Answering Paragraph 285, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

286.   Answering Paragraph 286, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

287.   Answering Paragraph 287, Defendant states that the referenced letter speaks for itself.

288.   Answering Paragraph 288, Defendant denies the allegations.

289.   Answering Paragraph 289, the allegations do not pertain to Defendant, and thus, no response is required.

290.   Answering Paragraph 290, the allegations do not pertain to Defendant, and thus, no response is required.

291.   Answering Paragraph 291, the allegations do not pertain to Defendant, and thus, no response is required.

292.   Answering Paragraph 292, Defendant states that it owns the account at issue, and denies the allegations on this basis.

293.   Answering Paragraph 293, the allegations do not pertain to Defendant, and thus, no response is required.

294.   Answering Paragraph 294, Defendant denies the allegations.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

## EIGHTH COUNT

## Violation of Cal. Civ. Code § 1788.14(c)

295.   Answering Paragraph 295, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

296.   Answering Paragraph 296, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

297.   Answering Paragraph 297, Defendant denies the allegations.

298.   Answering Paragraph 298, Defendant denies the allegations.

299.   Answering Paragraph 299, Defendant denies the allegations.

## NINTH COUNT

## Violation of Cal. Civ. Code § 1788.17

300.   Answering Paragraph 300, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

301.   Answering Paragraph 301, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

302.   Answering Paragraph 302, Defendant denies the allegations.

## TENTH COUNT

## Violation of Cal. Civ. Code § 1788.52

303.   Answering Paragraph 303, Defendant incorporates by reference all preceding answering paragraphs, as if fully set forth herein.

304.   Answering Paragraph 304, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.  Defendant further states that the referenced statute speaks for itself.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1

2

3

4

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

305.   Answering Paragraph 305, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced notice  speaks for itself.

306.   Answering Paragraph 306, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

307.   Answering Paragraph 307, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

308.   Answering Paragraph 308, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

309.   Answering Paragraph 309, the allegations do not pertain to Defendant, and thus, no response is required.  To the extent a response is required, Defendant denies the allegations.  Defendant further states that the referenced letter speaks for itself.

310.   Answering Paragraph 310, Defendant denies the allegations.

311.   Answering Paragraph 311, Defendant denies the allegations.

## JURY DEMAND

312.   Answering Paragraph 312, Defendant admits that Plaintiff requests a jury trial.

YUL | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

## PRAYER FOR RELIEF

Answering the unnumbered "WHEREFORE" paragraph following Paragraph 312, and each of its subparts, setting forth Plaintiff's "Prayer for Relief," Defendant denies that Plaintiff is entitled to the requested relief, or any other relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1.    Plaintiff fails to state a claim upon which relief can be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE

2.    Defendant is entitled to a set-off against any award to Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

3.    Plaintiff's claims are barred in whole or in part by the applicable statutes of limitations.

### FOURTH AFFIRMATIVE DEFENSE

4.    Plaintiff is barred from obtaining the relief sought in the Complaint by the doctrines of estoppel, res judicata, waiver, unclean hands, laches, or other equitable doctrines.

### FIFTH AFFIRMATIVE DEFENSE

5.    Plaintiff's claims are barred in whole or in part because Plaintiff has failed to mitigate her alleged damages, if any.

### SIXTH AFFIRMATIVE DEFENSE

6.    Plaintiff's claims are barred in whole or in part because Plaintiff consented to, ratified, or acquiesced in all of the alleged acts or omissions alleged.

### SEVENTH AFFIRMATIVE DEFENSE

7.    Defendant's conduct was privileged or justified.

### EIGHTH AFFIRMATIVE DEFENSE

8.    Plaintiff's claims may be barred because any alleged acts or omissions of Defendant giving rise to Plaintiff's claims, if any, were the result of an innocent

mistake and/or bona fide error notwithstanding reasonable procedures implemented by Defendant to avoid any such acts or omissions.  Defendant at all times acted in a reasonable manner in connection with the transactions at issue in this action.

### NINTH AFFIRMATIVE DEFENSE

9.    Plaintiff did not suffer concrete harm.

### TENTH AFFIRMATIVE DEFENSE

10.    Plaintiff's claims may be barred because the acts or omissions of which Plaintiff complains have been approved or mandated, implicitly or expressly, by applicable statutes and regulations.

### ELEVENTH AFFIRMATIVE DEFENSE

11.    Plaintiff's claims may be barred because Defendant at all times complied in good faith with all applicable statutes and regulations.

### TWELFTH AFFIRMATIVE DEFENSE

12.    If Plaintiff suffered or sustained any loss, injury, damage or detriment, it was directly and proximately caused and contributed to by the breach, conduct, intervening acts, omissions, activities, carelessness, recklessness, negligence, or intentional misconduct of others, and not by Defendant.

### THIRTEENTH AFFIRMATIVE DEFENSE

13.    If Plaintiff prevails against Defendant, Defendant's liability is several and limited to its own actionable segment of fault, if any.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.    Plaintiff's claim for punitive damages is improper to the extent it violates the due process protections afforded by the Fifth and Fourteenth Amendments of the United States Constitution and standards set forth in *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003) and *Pacific Mutual Life Ins. Co. v. Haslip*, 499 U.S. 1 (1991).

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1

## RESERVATION OF RIGHTS

Defendant specifically gives notice that it intends to rely upon such other defenses as may become available by law, or pursuant to statute, or during any further discovery proceedings of this case, and hereby reserves the right to amend its Answer and assert such defenses.

WHEREFORE, Defendant prays for judgment as follows:

1.     That Plaintiff take nothing from Defendant by way of the Complaint;

2.     For costs of suit herein;

3.     For attorney's fees to the extent available by law or contract; and

4.     For such other and further relief as this Court may deem just and proper.

DATED: November 15, 2024          **YU | MOHANDESI LLP**

By:     */s/ B. Ben Mohandesi*
        B. Ben Mohandesi
        Kristel A. Robinson
        Attorneys for Defendant
        LVNV Funding, LLC

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1

## CERTIFICATE OF SERVICE

2

    I certify that on November 15, 2024, a copy of the foregoing was filed and

3

served electronically in the ECF system. Notice of this filing will be sent to the parties

4

of record by operation of the Court's electronic filing system.  Parties may access this

5

filing through the Court's system.

6

7

8

DATED:  November 15, 2024                         By  */s/ B. Ben Mohandesi*

9

                                                             B. Ben Mohandesi

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

— 1 —